UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul Yablon and Jill Yablon,

Plaintiff,

-v-

Dental Excellence of Blue Bell, Kenneth B. Siegel and Cindy Siegel,

Defendant.

Case No. 603803/07

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Dental Excellence of Blue Bell          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

-None-

Date: 12/05/07

Signature of Attorney

Attorney Bar Code: DK-8130

Form Rule7_1.pdf  SDNY Web 10/2007