JUDGE COTE

07 CV 11040

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Yablon and Jill Yablon, | : |
| Plaintiffs, | : |
| v. | : No. _____ |
| Dental Excellence of Blue Bell, Kenneth B. Siegel and Cindy Siegel, | : |
| Defendants. | : |

NEW YORK COUNTY CLERK'S OFFICE
DEC - 5 2007
NOT COMPARED WITH COPY FILE

RECEIVED
DEC 0 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### NOTICE OF REMOVAL

All of the defendants, hereby file a notice of removal from the Supreme Court of New York (New York County), to the United States District Court for the Southern District of New York and in support hereof, aver as follows:

1. This action was commenced by a complaint filed in the Supreme Court of New York (New York County), Index No. 603803, on November 16, 2007.

2. The defendants were served with the complaint by overnight mail on November 20, 2007.

3. The value of the matters in controversy exceeds the amount of $75,000.00, exclusive of interests and costs.

4. The present lawsuit is removable from the State Court to the District Court of the United States pursuant to 28 U.S.C. §1332(a)(1) and §1441(a). The plaintiffs are citizens of the State of Connecticut, and the defendants are citizens of the  None of the Commonwealth of Pennsylvania.

5. Copies of all process, pleading and orders which have been received by the defendants are attached hereto.

6. This Notice of Removal is timely filed, it being filed within thirty (30) days of the defendants' receipt of the complaint.

WHEREFORE, notice is hereby given that this action is removed from the Supreme Court of New York (New York County), to the United States District Court for the Southern District of New York

Respectfully submitted,

Cozen O'Connor,

_____
Dave Kissoon (DK 8130)
909 Third Avenue
New York, NY 10022
Telephone: 212.453.3829
Facsimile: 866.755.6386

Attorneys for the Defendants

Dated: December 5, 2007