AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Paul Yablon And Jill Yablon, Plaintiffs,

v.

Dental Excellence of Blue Bell, Kenneth B Siegel And Cindy Siegel, Defendants.

**APPEARANCE**

Case Number: 07 CV 11040

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Paul Yablon and Jill Yablon, Plaintiffs v. Dental Excellence of Blue Bell, Kenneth B. Siegel and Cindy Siegel

I certify that I am admitted to practice in this court.

December 5, 2007
Date

Dave Kissoon
Signature

Dave Kissoon — DK-8130
Print Name — Bar Number

Cozen O'Connor
Address

909 Third Avenue — New York, NY
City — State — Zip Code

(212) 453-3829
Phone Number — Fax Number