IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Paul Yablon and Jill Yablon, | : | No. 07 CV 11040 |
| Plaintiffs, | : | |
| | : | MOTION TO ADMIT COUNSEL |
| | : | PRO HAC VICE |
| v. | : | |
| Dental Excellence of Blue Bell, Kenneth B. Siegel and Cindy Siegel, | : | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Dave Kissoon, a member in good standing of the bar of this Court, hereby move for an order allowing the admission of Richard E. Miller to represent the defendants in this matter. Mr. Miller's contact information is the following:

Richard E. Miller
Law Offices of Richard E. Miller
P.O. Box 191
Chadds Ford, Pennsylvania 19137
(215)280-5726 (p)/(610)793-2032 (fax)

Richard E. Miller is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the States of New Jersey and Florida. There are no pending disciplinary proceedings against Richard E. Miller in any State or Federal court.

Respectfully submitted,

Cozen O'Connor

*/s/ Dave Kissoon*

Dave Kissoon (DK 8130)
909 Third Avenue
New York, NY 10022
Telephone: 212.453.3829
Facsimile: 866.755.6386

Dated: December 11, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Paul Yablon and Jill Yablon,** | No. 07 CV 11040 |
| Plaintiffs, | |
| | VERIFICATION OF DAVE KISSOON IN SUPPORT OF DEFENDANTS' MOTION TO ADMIT COUNSEL PRO HAC VICE |
| v. | |
| **Dental Excellence of Blue Bell, Kenneth B. Siegel and Cindy Siegel,** | |

1. I am a member of Cozen O"Connor, counsel for Defendants in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Richard E. Miller as counsel pro hac vice to represent them in this matter.

2. I am a member in good standing of the bar of the State of New York. I was admitted to practice law in November 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Richard Miller is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. Accordingly, I am pleased to move for the admission of Richard E. Miller, pro hac vice.

4. A Certificate of Good Standing from the Pennsylvania Supreme Court and a proposed form of order are attached hereto.

5. These statements are made subject to the penalties of perjury.

WHEREFORE, it is respectfully requested that the motion to admit Richard E. Miller, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Respectfully submitted,

Cozen O'Connor

_____
Dave Kissoon (DK 8130)
909 Third Avenue
New York, NY 10022
Telephone: 212.453.3829
Facsimile: 866.755.6386

Dated: December 11, 2007



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Richard Eric Miller, Esq.*

**DATE OF ADMISSION**

*November 5, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: December 6, 2007**

_____
Patricia A. Johnson
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Yablon and Jill Yablon, | No. 07 CV 11040 |
| Plaintiffs, | |
| | ORDER FOR ADMISSION |
| | PRO HAC VICE |
| | ON WRITTEN MOTION |
| v. | |
| Dental Excellence of Blue Bell, Kenneth B. Siegel and Cindy Siegel, | |

Upon the motion of Dave Kissoon, counsel for Defendants, Dental Excellence of Blue Bell, Kenneth B. Siegel and Cindy Siegel, and said sponsor attorney's affidavit in support, **IT IS HEREBY ORDERED** that:

Richard E. Miller
Law Offices of Richard E. Miller
P.O. Box 191
Chadds Ford, Pennsylvania 19137
(215)280-5726 (p)/(610)793-2032 (fax)
remiller21@verizon.net

is admitted to practice pro hac vice as counsel for Defendants, Dental Excellence of Blue Bell, Kenneth B. Siegel and Cindy Siegel, in the above captioned case in the United States District Court. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Pro Hac Vice Motion was served by U.S. mail, first-class, postage prepaid and on December 11, 2007 upon the following parties:

Jonathan Sack
Sack & Sack
110 East 59th Street
19th Floor
New York, New York 10022

_____
Dave Kissoon