UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                                        :
**PAUL YABLON AND JILL YABLON**,                        :        **No. 07 CV 11040 (DLC)**
                                                        :
                                        Plaintiffs,     :        **NOTICE OF APPEARANCE**
                                                        :
                — against —                             :
                                                        :
**DENTAL EXCELLENCE OF BLUE BELL AND**                  :
**KENNETH B. SIEGEL  AND CINDY SIEGEL,**                :
**INDIVIDUALLY,**                                       :
                                                        :
                                                        :
                                        Defendants.     :
------------------------------------------------------------------------ x


        **PLEASE TAKE NOTICE**, that SACK & SACK, ESQS., hereby appears as counsel for

Plaintiffs Paul Yablon and Jill Yablon in the above-captioned action.  Service of all pleadings,

papers and documents required to be served in the action should also be served on the

undersigned as counsel to Plaintiffs Paul Yablon and Jill Yablon.


Dated:          New York, New York
                December 27, 2007
                                        Respectfully submitted,
                                        **SACK & SACK, ESQS.**


                                        */s/ Jonathan Sack*

                                        _____
                                By:     Jonathan S. Sack, Esq. (JSS 1835)


                                Attorneys for Plaintiffs
                                110 East 59th Street, 19th Floor
                                New York, New York 10022
                                Tel.: (212) 702-9000
                                Fax: (212) 702-9702
                                Email: jsack@sackandsack.com