UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

PAUL YABLON AND JILL YABLON,

           Plaintiffs,

— against —

DENTAL EXCELLENCE OF BLUE BELL AND KENNETH B. SIEGEL AND CINDY SIEGEL, INDIVIDUALLY,

           Defendants.

------------------------------------------------------------------- x

No. 07 CV 11040 (DLC)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/08

  IT HEREBY IS STIPULATED AND AGREED between the undersigned counsel of record for all parties that:

  1. The return date for Plaintiff's answering memorandum to Defendant's Motion to Dismiss is hereby adjourned to January 11, 2008.

  2. Defendants' reply papers will be served so as to be received by undersigned counsel by January 25, 2008.

Dated: New York, New York
    December 26, 2007

| SACK & SACK, ESQS. | COZEN O'CONNOR |
|---|---|
| BY: _____<br>Jonathan Sack, Esq. (JSS 1835)<br>Eric R. Stern (ERS 1918)<br>Attorney for Plaintiff<br>110 East 59th Street, 19th Floor<br>New York, New York 10022<br>(212) 702-9000 | BY: _____<br>Devindra Ramesh Tiwari Kissoon (DK-8130)<br>Attorneys for Defendants<br>909 Third Avenue<br>New York, New York 10022<br>(212) 453-3829 |

So ordered-

*[signature]*
January 2, 2008