IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Yablon and Jill Yablon, | No. 07 CV 11040 |
| Plaintiffs, | MOTION TO ADMIT COUNSEL PRO HAC VICE |
| v. | |
| Dental Excellence of Blue Bell, Kenneth B. Siegel and Cindy Siegel, | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Dave Kissoon, a member in good standing of the bar of this Court, hereby move for an order allowing the admission of Richard E. Miller to represent the defendants in this matter. Mr. Miller's contact information is the following:

Richard E. Miller
Law Offices of Richard E. Miller
P.O. Box 191
Chadds Ford, Pennsylvania 19137
(215)280-5726 (p)/(610)793-2032 (fax)

Richard E. Miller is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the States of New Jersey and Florida. There are no pending disciplinary proceedings against Richard E. Miller in any State or Federal court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

Respectfully submitted,

Cozen O'Connor

*[signature: Dave Kissoon]*

Dave Kissoon (DK 8130)
909 Third Avenue
New York, NY 10022
Telephone: 212.453.3829
Facsimile: 866.755.6386

Dated: December 11, 2007