UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- -X

PAUL YABLON and JILL YABLON,

                Plaintiffs,

-v-

DENTAL EXCELLENCE OF BLUE BELL and
KENNETH B. SIEGEL and CINDY SIEGEL,
individually,

                Defendants.

-------------------------------------------------------------- -X

07 CIV. 11040 (DLC) (DF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-08
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction<br>Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
              April 11, 2008

                                              /s/ Denise Cote
                                              DENISE COTE
                                              United States District Judge