IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Paul Yablon and Jill Yablon,** | : | |
| | : | No. 07 CV 11040 (DLC) |
| **Plaintiffs,** | : | |
| | : | |
| | : | NOTICE OF APPEARANCE |
| | : | |
| v. | : | |
| | : | |
| **Dental Excellence of Blue Bell,** | : | |
| **Kenneth B. Siegel and** | : | |
| **Cindy Siegel.** | : | |
| | : | |
| | : | |

Please enter my appearance on behalf of Defendants, Dental Excellence of Blue Bell ("Dental Excellence"), Kenneth B. Siegel and Cindy Siegel, in the above captioned matter.

Respectfully submitted,

Dated: June 3, 2008

/s/ Richard E. Miller
Richard E. Miller
P.O. Box 191
Chadds Ford, PA 19317
(610)793-2032
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served by the ECF system at the time of filing upon the following parties:

Eric R. Stern, Esquire
110 East 59th Street
19th Floor
New York, New York 10022

    /s/ Richard E. Miller
      Richard Miller